IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Respondent,               No. CR S-95-0411 GEB KJM P

   vs.

CONRADO GARCIA GUIZAR,

        Movant.             <u>ORDER</u>

_____/

      Respondent has requested an extension of time to file a response to movant's 28 U.S.C. § 2255 motion.  Good cause appearing, IT IS HEREBY ORDERED that:

      1.  Respondent's request for an extension of time is granted; and

      2.  Respondent is granted until September 9, 2005 to file its response to movant's 28 U.S.C. § 2255 motion.

DATED:  September 1, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1
guiz0411.36