KRISTA HART
Attorney at Law
State Bar #199650
428 J Street, Suite 350
Sacramento, California  95814
Telephone: (916) 731-8811

Attorney for Defendant
Conrad Garcia-Guizar

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr.S. 95-411 GEB KJM |
|     Respondent/Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER RESETTING |
|     v. | ) | THE STATUS CONFERENCE |
| | ) | |
| CONRAD GARCIA-GUIZAR | ) | |
| | ) | |
|     Petitioner/Defendant. | ) | |
| _____ | ) | |

The petitioner/defendant, Conrad Garcia-Guizar, by and through counsel Krista Hart, along with the plaintiff United States by and through counsel Assistant U.S. Attorney William Wong, hereby stipulate and agree that the status conference set for Wednesday, March 15, 2006, be reset to March 29, 2006, at 10:00 a.m. in Courtroom 26, before the Honorable Judge Kimberly J. Mueller.

Present counsel, Krista Hart, was recently appointed on February 28, 2006, and has not had sufficient time to review the materials and to contact the client.  Additionally, counsel for petitioner is currently in trial in Department 12 in the Superior Court of California for the County of Sacramento in case number 05F01388, People v. Bomer and Ceasar.

Therefore all parties agree to reset the status conference to March 29, 2006.

Respectfully submitted,

DATED: March 14, 2006     */s/ Krista Hart*
            Attorney for Conrad Garcia-Guizar

DATED: March 14, 2006     McGREGOR SCOTT
            United States Attorney

            */s/ William Wong*
            Assistant U.S. Attorney
            (Signed by Krista Hart per
            telephone conversation)

## O R D E R

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED:  March 14, 2006.

UNITED STATES MAGISTRATE JUDGE