IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,

No. CR S-95-0411 GEB KJM P

vs.

CONRAD GARCIA-GUIZAR,

ORDER

    Movant.

_____/

    On March 29, 2006, the court held a status hearing on the scheduling of an evidentiary hearing. Krista Hart, Esq., appeared for movant and William Wong, Assistant United States Attorney, appeared for the government.

    The case is set for further status on April 26, 2006 at 10:00, with new counsel for the government, if that is determined to be necessary. The parties should be prepared to address whether any issues may be narrowed or resolved by declaration and to set a date for the

/////
/////
/////
////
/////

1

evidentiary hearing, if it is determined that the issues identified in the court's order of February 23, 2006 may not be resolved on paper. Movant's counsel is directed to arrange for the transportation of movant, if necessary.[1]

IT IS SO ORDERED.

DATED: April 3, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

2/garc0411.oah

---

[1] The court acknowledges receipt of movant's counsel's proposed writ of habeas corpus ad testificandum, which it is signing with modifications.