IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                      No. CR S-95-0411 GEB KJM P

    vs.

CONRAD GARCIA-GUIZAR,              ORDER

    Movant.

_____/

        On April 26, 2006, the court held a status hearing on the scheduling of an evidentiary hearing. Krista Hart, Esq., appeared for movant who was present in custody; William Wong, Assistant United States Attorney, appeared for the government.

        The case is set for further status on May 10, 2006 at 10:00. By that date, the parties should be ready to set a date for the evidentiary hearing or notify the court that the matter may be decided on declarations and/or other documentary materials.

        Because of the possibility that William Wong may be a witness in the evidentiary hearing, Mr. Wong's supervisor, or any other attorney deemed appropriate by the United States Attorney's Office, is directed to appear with or in the place of Mr. Wong.

        The court confirms its order of February 23, 2006, appointing Ms. Hart to represent movant only as to the two claims of ineffective assistance of counsel presented in his

1

motion to vacate, amend or correct his sentence, but not as to other claims in the motion to vacate the sentence or as to the motion for the return of property.

Movant will continue to represent himself on the motion for return of property. The government is granted an additional thirty days from the filed date of this order to respond to the court's order for further briefing, as outlined in the order of February 23, 2006. Movant shall file any response to the government's filing within thirty days of such filing.

The Clerk of the Court is directed to serve a copy of this order on Mr. Garcia-Guizar, who is currently being held in the Sacramento County Jail, 651 I Street, Sacramento, California 95814, and on Assistant United States Attorney Robert Twiss.

IT IS SO ORDERED.

DATED: April 26, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

2/garc0411.oahx2