KRISTA HART
Attorney at Law
State Bar #199650
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 731-8811

Attorney for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONRAD GARCIA GUIZAR,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | No. Cr.S. 95-0411 GEB<br>No. Civ.S. 02-0749 GEB KJM<br><br>**STIPULATION AND ORDER**<br><br>Date: May 10, 2006<br>Time: 10:00 a.m.<br>Judge: Hon. Kimberly J. Mueller |

    Petitioner Conrado Garcia Guizar, by and through counsel Krista Hart, along with the plaintiff United States (government), by and through counsel Assistant U.S. Attorney William Wong, hereby stipulate and agree that the status conference currently set for Wednesday, May 10, 2006, be reset for Wednesday, May 31, 2006, at 10:00 a.m.

    Since the last court date, counsel for petitioner has caused the Federal Defender to retrieve their file from storage and has an appointment for Wednesday, May 10, 2006, to review the file in their office. The State Bar of California is still searching their files for former attorney Charles Benninghoff's file for Mr. Guizar.

    The government has not yet reassigned the case from William Wong to another Assistant United States Attorney, that is expected to occur

1  by Friday, May 12, 2006.
2      The Court had suggested May 24, 2006, for the next status date,
3  however, it appears that Mr. Wong will be out of the state on that date
4  and the next available date is May 31, 2006.  Therefore, it is
5  appropriate to reset the hearing date to May 31, 2006.

7  May 9, 2006                        /s/ Krista Hart
                                      Attorney for Petitioner
8                                     Conrado Garcia Guizar

10 May 9, 2006                        McGREGOR SCOTT
                                      United States Attorney

                                      /s/ William Wong
13                                    Assistant U.S. Attorney
                                      (Signed by Krista Hart per telephone
14                                    call)

**O R D E R**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

21 DATED: May 9, 2006.

                                   _____
                                   UNITED STATES MAGISTRATE JUDGE

2