```
 1  KRISTA HART
    Attorney at Law
 2  State Bar #199650
    428 J Street, Suite 350
 3  Sacramento, California  95814
    Telephone: (916) 731-8811
 4
    Attorney for Petitioner
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8              FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10
11  CONRAD GARCIA GUIZAR,          ) No. Cr.S.  95-0411 GEB
                                   ) No. Civ.S. 02-0749 GEB KJM
12          Petitioner,            )
                                   )
13       v.                        ) **STIPULATION AND ORDER**
                                   )
14                                 )
    UNITED STATES OF AMERICA,      ) Date:  May 31, 2006
15                                 ) Time:  10:00 a.m.
            Respondent.            ) Judge: Hon. Kimberly J. Mueller
16  _____)
```

17   Petitioner Conrado Garcia Guizar, by and through counsel Krista
18 Hart, along with the plaintiff United States (government), by and
19 through counsel Assistant U.S. Attorney William Wong, hereby stipulate
20 and agree that the status conference currently set for Wednesday, May
21 31, 2006, be reset for Wednesday, June 14, 2006, at 10:00 a.m.

22   Since the last court date, counsel for petitioner has reviewed a
23 majority of the Federal Defender's file (two and a half banker boxes),
24 discussed the matter directly with former attorney Charles Benninghoff
25 and with Assistant Federal Defender Ann McClintock.  I am still waiting
26 for affidavits from each attorney.

27   The government has not yet reassigned the case from William Wong
28 to another Assistant United States Attorney; Mr. Wong has indicated

1 | that the case will not be reassigned, he will remain as the attorney of
2 | record for the remainder of the proceedings.
3 |     The undersigned is currently in trial in Department 19 of
4 | Sacramento Superior Court. Therefore, because we are still waiting for
5 | affidavits and because I am in trial, we are requesting to put the
6 | matter over two weeks.

May 31, 2006                                                                  */s/ Krista Hart*
Attorney for Petitioner
Conrado Garcia Guizar

May 31, 2006                                                                  McGREGOR SCOTT
United States Attorney

                                                                              */s/ William Wong*
Assistant U.S. Attorney
(Signed by Krista Hart per telephone call)

**O R D E R**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: May 31, 2006.

_____
UNITED STATES MAGISTRATE JUDGE