IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                    No. CR S-95-0411 GEB KJM P

    vs.

CONRAD GARCIA-GUIZAR,             ORDER

    Movant.

_____/

        On June 14, 2006, the court held a status conference on the scheduling of an evidentiary hearing. Krista Hart, Esq., appeared for movant who was present in custody, and William Wong, Assistant United States Attorney, appeared for the government.

        The case is set for evidentiary hearing on August 14, 2006 at 10:00 a.m. in Courtroom 26.

        Because of the possibility that William Wong may be a witness in the evidentiary hearing and because this cannot be determined until Ms. Hart or her investigator interviews Mr. Wong, Mr. Wong is directed to confer with Assistant United States John Vincent and to notify Ms. Hart by June 16, 2006 of his availability for an interview. The interview, if Ms. Hart wishes to proceed with it, shall be conducted by June 30, 2006.

/////

1

1 | If Mr. Wong is a witness for purposes of movant's pending motion brought under
2 | 28 U.S.C. § 2255, respondent shall assign other counsel to appear on its behalf at the evidentiary
3 | hearing.

In its order of February 23, 2006, the court directed Mr. Wong to file further, specific briefing in response to movant's motion for return of property. After the hearing of April 26, the court gave Mr. Wong an additional thirty days to comply. Mr. Wong has failed to do so. The matter will stand submitted at the close of business on June 21, 2006. However, if Mr. Wong files a further responsive pleading by that date, the court will consider it and will grant Mr. Garcia Guizar until July 5, 2006 to file a reply.

The Clerk of the Court is directed to serve a copy of this order on Mr. Garcia Guizar, who is currently being held in the Sacramento County Jail, 651 I Street, Sacramento, California 95814, and on Assistant United States Attorney John Vincent.

IT IS SO ORDERED.

DATED: June 14, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

2/garc0411.oahx3