IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                 No. CR S-95-0411 GEB KJM P

    vs.

CONRAD GARCIA-GUIZAR,           ORDER

    Movant.

_____/

         On August 14, 2006, the court held an evidentiary hearing on two of the issues movant has raised in his motion to vacate his sentence. Krista Hart, Esq., appeared for movant who was present in custody, and William Wong and Robert Twiss, Assistant United States Attorneys, appeared for the government as respondent.

         No later than Friday, August 18, 2006, the government is directed to file and serve on movant's counsel any written plea agreement tendered to defense counsel or drafts of an agreement prepared during the plea negotiations prior to movant's trial, if any exist, or to notify the court and parties that no such documents exist. Should the government's file be in archives, the government is directed to seek an advance extension of this due date.

         Movant's post-hearing opening brief is due within two weeks of the date any agreement(s) or the government's notice that no agreements exist is filed. The government's

opposition is due two weeks after the opening brief is filed, with the reply due one week after the opposition is filed. While the parties may address any issues suggested by the facts developed at the evidentiary hearing, they are directed to address the standard of prejudice and the remedy if appellate counsel is found to have been ineffective.

The United States Marshal's Service may return movant to prison at its convenience.

The Clerk of the Court is directed to serve a copy of this order on Robert Twiss, Assistant United States Attorney, and on the Marshal's Office.

IT IS SO ORDERED.

DATED: August 15, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

2/garc0411.oahx4