```
1  McGREGOR W. SCOTT
   United States Attorney
2  WILLIAM S. WONG
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2790
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-95-411 GEB |
| Plaintiff, | No. CIV.S 02-0749 GEB/KJM |
| v. | GOVERNMENT'S REQUEST FOR AN EXTENSION OF TIME TO FILE ITS |
| CONRADO GARCIA GUIZAR, | RESPONSE BRIEF; ORDER |
| Defendant. | |

The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, hereby submits this request for an extension of time to file its response brief to defendant Conrado Garcia-Guizar's opening brief following evidentiary hearing.

On August 15, 2006, the Honorable Magistrate Judge Mueller ordered defendant Conrado Garcia Guizar to file his opening brief within two weeks of the date of the government's notice that a plea agreement existed or did not exist. The defendant did so on August 30, 2006. The government's opposition is due September 14, 2006.

///

1

Counsel for the government was out of state during the week of August 28 through September 1, 2006, with FBI agents interviewing witnesses in preparation for the jury trial in United States v. Huy Chi Luong, et al., CR-S-96-350 WBS. The trial in that case began on September 6, 2006, and is expected to last to approximately September 26, 2006. Because counsel for the government has been in trial, he has been unable to respond to the defendant's brief. Furthermore, the government has ordered the transcript of the defendant's testimony during an evidentiary hearing before this Court, but has yet to receive it. It is anticipated that the transcript will be received within a short time after the filing of this request. Counsel for the government expects the government's case-in-chief to be concluded on or about September 20, 2006. Counsel for the government can then file its response by September 21, 2006.

Krista Hart, Esq., counsel for defendant Conrado Garcia Guizar, has been contacted had has advised that she has no opposition to the government's request for an extension of time to file its reply by September 21, 2006.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: September 15, 2006    By: /s/ William S. Wong
                                 WILLIAM S. WONG
                                 Assistant U.S. Attorney
                                 Attorneys for Plaintiff

///
///
///
///

2

**ORDER**

**IT IS HEREBY ORDERED** that the due date for the government's reply brief is extended to September 21, 2006.

**IT IS SO ORDERED.**

DATED: September 18, 2006.

_____
UNITED STATES MAGISTRATE JUDGE