IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                  No. CR S-95-411 GEB KJM P

    vs.

CONRADO GARCIA GUIZAR,

    Movant.                  <u>ORDER</u>

        Movant has requested an extension of time in which to file objections to the findings and recommendations filed April 12, 2007.

        Good cause appearing, IT IS HEREBY ORDERED that movant is granted an additional thirty days from the date of this order in which to file objections to those portions of the findings and recommendations discussing those claims in which movant is representing himself. The court will not consider movant's objections to those portions of the findings and recommendations covering the two issues for which counsel was appointed.

DATED: May 8, 2007.

                                            U.S. MAGISTRATE JUDGE

2/garc0411.eot

1