IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR S 95-411-GEB |
| v. | ) | |
| | ) | |
| CONRAD GARCIA-GUIZAR, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER FOR REMISSION OF FINE**

This matter is before the court on the petition of the United States for remission of the unpaid portion of the criminal fine owed by the defendant, in accordance with the provisions of 18 U.S.C. § 3573. The court finds it has jurisdiction over the subject matter and the parties, and having reviewed the petition;

ORDERS that the unpaid portion of the criminal fine imposed against the defendant Conrad Garcia-Guizar is hereby remitted.

IT IS SO ORDERED:

Dated: September 16, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

1